UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Case No. 15-CV-3456 (PJS/KMM) |
| Plaintiff, | |
| v. | ORDER |
| JAMES M. LOUKS and FIBERPOP SOLUTIONS, INC., | |
| Defendants. | |

Charles J. Kerstetter and Ariella O. Guardi, U.S. SECURITIES AND EXCHANGE COMMISSION; James S. Alexander, U.S. ATTORNEY'S OFFICE, for plaintiff.

Douglas Olson, OFFICE OF THE FEDERAL DEFENDER, for defendant James M. Louks.

On September 30, 2016—after a show-cause hearing—the Court found defendant James M. Louks in contempt of court and ordered him incarcerated because he failed to comply with the Court's June 3, 2016 order. Earlier this afternoon, Louks filed an affidavit in an attempt to comply with the June 3 order. Having reviewed Louks's affidavit, the Court finds that Louks has purged his contempt, and therefore the Court orders the United States Marshal to release Louks from custody as soon as practicable.

Dated: October 11, 2016             s/Patrick J. Schiltz
                                    Patrick J. Schiltz
                                    United States District Judge